# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| JANE DOE, : | |
|         Plaintiff, : | |
| : | |
|     v. : | No. 5:20-cv-00377-JMG |
| : | |
| MORAVIAN COLLEGE; : | |
| ROLAND CASH-MABRY; : | |
| ROBERTO DIAZ; and : | |
| DOMINIC HARRIS, also known as : | |
| DOM HARRIS; *INDIVIDUALLY* : | |
| *AND JOINTLY*, : | |
|         Defendants. : | |

_____

## ORDER

**AND NOW**, this 25th day of February, 2020, upon consideration of Defendant Moravian College's Motion to Dismiss filed on January 22, 2020, *see* ECF No. 2, and of Plaintiff's Amended Complaint filed on February 14, 2020, *see* ECF No. 4, **IT IS HEREBY ORDERED THAT:**

The Motion to Dismiss, ECF No. 2, is **DENIED as moot**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge