# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE,<br>　　　　Plaintiff,<br><br>　　v.<br><br>MORAVIAN COLLEGE, *et al.*,<br>　　　　Defendants. | Civil No. 5:20-cv-00377-JMG |

## **ORDER**

**AND NOW** on this 4th day of November, 2020, upon consideration of defendant's motion to dismiss the intentional infliction of emotional distress claim against him, *see* ECF No. 7, and in accordance with the accompanying memorandum opinion and the reasons explained therein, **IT IS HEREBY ORDERED** that the motion is **DENIED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLGHER
United States District Court Judge