IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JANE DOE,
        Plaintiff,

v.                                           Civil No. 5:20-cv-00377-JMG

MORAVIAN COLLEGE, *et al.*,
        Defendants.

## **ORDER**

**AND NOW** on this 5th day of March, 2021, upon consideration of Defendant Moravian College's motion to dismiss (ECF No. 8), and Plaintiff Jane Doe's response in opposition (ECF No. 10), it is hereby **ORDERED** that the motion is **GRANTED in part** and **DENIED in part** as follows:

1. The motion is **GRANTED** with respect to First Cause of Action Count 1 (Title IX). Counts 1 is **DISMISSED with prejudice**.

2. The motion is **DENIED** with respect to First Cause of Action Counts 2 and 3 (Title IX).

3. The motion is **DENIED** with respect to First Cause of Action Count IV (intentional infliction of emotional distress).

4. The motion is **GRANTED** with respect to First Cause of Action Count V (negligent security). Count V is **DISMISSSED without prejudice**.

5. A second amended complaint may be filed, if appropriate, no later than **March 19, 2021.**

                                        BY THE COURT:

                                        */s/ John M. Gallagher*
                                        JOHN M. GALLGHER
                                        United States District Court Judge