IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>MORAVIAN COLLEGE, *et al.*,<br>　　　　　Defendants. | :<br>:<br>:<br>:　Civil No. 5:20-cv-00377-JMG<br>:<br>:<br>: |

## ORDER

**AND NOW,** this 20th day of September, 2021, upon consideration of Plaintiff Jane Doe's motion to seal (ECF No. 73), it is hereby **ORDERED** that the motion to seal (ECF No. 73) is **GRANTED**.

It is **FURTHER ORDERED** that the Clerk shall mark as sealed plaintiff's motion for court order (ECFR No. 72).

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　*/s/ John M. Gallagher*
　　　　　　　　　　　　　　　　　　　　　　　JOHN M. GALLAGHER
　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge