IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE,<br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>MORAVIAN COLLEGE, *et al*.,<br><br>　　　　　Defendants. | :<br>:<br>:<br>:　Civil No. 5:20-cv-00377-JMG<br>:<br>:<br>:<br>: |

**ORDER**

**AND NOW,** this 26th day of October, 2021, upon consideration of Plaintiff Jane Doe's Motion for Court Order to Obtain T-Mobile Cellular Data (ECF No. 72), **IT IS HEREBY ORDERED** that the Motion (ECF No. 72) is **GRANTED**.

**IT IS FURTHER ORDERED** that T-Mobile shall produce the information requested in the Subpoena issued upon it on June 22, 2021 on or before November 25, 2021.

　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　*/s/ John M. Gallagher*
　　　　　　　　　　　　　　　　　　　JOHN M. GALLAGHER
　　　　　　　　　　　　　　　　　　　United States District Court Judge