IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE,        Plaintiff, : : : | |
| v. : | Civil No. 5:20-cv-00377-JMG |
| : MORAVIAN COLLEGE, *et al.*, :        Defendants. : | |

# ORDER

**AND NOW**, this 16th day of December, 2022, upon consideration of Defendant John Doe 1's Motion for Summary Judgment (ECF No. 98), Defendant John Doe 2's Motion for Summary Judgment (ECF No. 97), Plaintiff's Opposition to Defendants' John Doe 1 and John Doe 2's Motions for Summary Judgment (ECF Nos. 105 & 106), and any exhibits attached thereto, and for the reasons provided in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** as follows:

Defendants' Motions for Summary Judgment (ECF Nos. 97 & 98) are **DENIED IN PART AND GRANTED IN PART**.

     a. Defendants' Motions for Summary Judgment are **DENIED** with respect to Plaintiff's claims of Assault and Battery.

     b. Defendants' Motions for Summary Judgment are **GRANTED** with respect to Plaintiff's claims of Intentional Infliction of Emotional Distress.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge