IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>MORAVIAN COLLEGE, *et al.*,<br>　　　　　Defendants. | :<br>:<br>:<br>:  Civil No. 5:20-cv-00377-JMG<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 10th day of January, 2023, upon consideration of Defendant Moravian College's Motion for Summary Judgment (ECF No. 101), Plaintiff's Opposition to Defendant Moravian College's Motion for Summary Judgment (ECF No. 107), Defendant Moravian College's Reply Brief (ECF No. 108), and any exhibits attached thereto, and for the reasons provided in the accompanying Memorandum Opinion,

**IT IS HEREBY ORDERED** that Defendant Moravian College's Motion for Summary Judgment (ECF No. 101) is **GRANTED**.

**IT IS FURTHER ORDERED** that **JUDGMENT** is **ENTERED** in favor of Defendant Moravian College and against Plaintiff.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge