**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JANE DOE,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>JOHN DOE 1, JOHN DOE 2, and<br>JOHN DOE 3,<br>　　　　Defendants. | Civil No. 5:20-cv-00377-JMG |

**ORDER**

**AND NOW**, this 9th day of February, 2023, following a telephonic status conference held on February 9, 2023 with counsel for Jane Doe, John Doe 1 and John Doe 2, **IT IS HEREBY ORDERED** that the Court's Fifth Amended Scheduling Order (ECF No. 124) is **VACATED.**

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　*/s/ John M. Gallagher*
　　　　　　　　　　　　　　　　　　JOHN M. GALLAGHER
　　　　　　　　　　　　　　　　　　United States District Court Judge